*Exhibit A*

# AFFIDAVIT

I, Christopher E. Cotten, being duly sworn, states as follows:

1. I am an Assistant United States Attorney, United States Department of Justice, and have been so employed for approximately 31 years.

2. This affidavit is submitted in support of the forfeiture of the following property ("the defendant property"):

> a. Three Hundred Thirty-Seven Thousand Seventy-Eight Dollars ($337,078.00) in United States Currency;
>
> b. One (1) 2015 Mercedes CLA 250, VIN WDDSJ4EB3FN240314, with All Appurtenances and Attachments Thereon; and,
>
> c. One (1) 2020 Dodge Ram Crew Truck, VIN 1C6SRFHT7LN324741, with All Appurtenances and Attachments Thereon.

3. The information in this affidavit comes from bank records and other business records as more particularly set forth below and information provided by law enforcement personnel with firsthand knowledge of the facts set forth herein. Because this affidavit is submitted for the limited purpose of supporting a Verified Complaint of Forfeiture, I have not included each and every fact known to the government about the investigation described below.

4. In November 2021, the Federal Bureau of Investigation (FBI) began investigating the activities of DARDANIUS COLEMAN aka DORDANIUS COLEMON. Investigators determined that from March 31, 2020, through April 24, 2021, COLEMAN submitted applications to obtain Paycheck Protection Program (PPP) and Economic Injury Disaster (EIDL) stimulus loans sponsored by the United States Small Business Administration (SBA) for six (6) business entities which he owned. COLEMAN was approved for eleven (11) separate loans with the proceeds totaling $2,174,618.00 deposited into business accounts under his control.

| Bank Date | Loan | Business | Deposit Account | Account # |
|---|---|---|---|---|
| 5-8-20 | $123,900.00 | DLC Construction Consultants | Navy Federal CU | #XXXXXX7286 |
| 5-8-20 | $91,208.00 | D&V Community Store | Bank of America | #XXXXXXXX5076 |
| 5-26-20 | $8,500.00 | DLC Construction Consultants | Navy Federal CU | #XXXXXX8958 |
| 5-26-20 | $9,000.00 | DLC Construction Consultants | Navy Federal CU | #XXXXXX8958 |
| 6-16-20 | $4,000.00 | D&V Community Store | Bank of America | #XXXXXXXX5063 |
| 6-29-20 | $149,900.00 | Reading Recovery Clinic | First Citizens Bank | #XXXXX9943 |
| 7-7-20 | $10,000.00 | Reading Recovery Clinic | First Citizens Bank | #XXXXX9943 |
| 8-11-20 | $149,900.00 | DLC Construction Consultants | Navy Federal CU | #XXXXXX7286 |
| 3-16-21 | $377,625.00 | D&V Construction Consultants | Bank of America | #XXXXXXXX2086 |
| 4-27-21 | $915,425.00 | D&D Productions | Bank of America | #XXXXXXXX7384 |
| 6-3-21 | $335,160.00 | Reading Recovery Clinic | Guaranty Bank | #XXXX9317 |

5. One of the stipulations for loan approval required by the SBA is that the applicant cannot be engaged in fraudulent activity. FBI investigators reviewed the loan applications and determined that COLEMAN had submitted fraudulent information in order to secure loan approval. When submitting the application for PPP Loan #357777400 in April 2020, regarding his business entity DLC Construction Consultants LLC COLEMAN had also provided fraudulent W2 forms as documentation for alleged employees.

6. SBA stimulus loan (EIDL #5199168209) applied for by DARDANIUS COLEMAN aka DORDANIUS COLEMON on July 28, 2020, was approved for his business entity DLC Construction Consultants Inc. On August 11, 2020, the loan proceeds totaling $149,900.00 were deposited to Navy Federal Account #xx7286 issued to DLC Construction Consultants Inc. The balance on the account prior to the loan deposit was $50.00. On the same date, COLEMAN transferred $49,945.00 from Navy Federal Credit Union account xx7286 to Navy Federal Credit

Union account xx8958 which was also issued to DLC Construction Consultants Inc. On that same date, COLEMAN issued a check from Navy Federal Credit Union account xx8958 for $25,000.00 payable to himself which he then presented for deposit at the Navy Federal Credit Union to account xx3444 which is issued to himself. COLEMAN withdrew $1,000.00 cash with the remaining $24,000.00 posted to account xx3444.

7. SBA stimulus loan (PPP #2992358601) applied for by DARDANIUS COLEMAN aka DORDANIUS COLEMON on March 3, 2021, was approved for his business entity D&V Construction Consultants Inc. On March 16, 2021, loan proceeds totaling $377,625.00 were deposited to Bank of America account #xx2086 issued to D&V Construction Consultants Inc. From April 9, 2021, through May 14, 2021, COLEMAN authorized six (6) wire transfers totaling $205,290.00 from Bank of America account #xx2086 to First Horizon account #3726 issued to Payroll Depot which is a business entity also owned by COLEMAN. Account #3726 was opened by COLEMAN on April 7, 2021, with a $400.00 deposit.

8. SBA stimulus loan (PPP #9924948808) applied for by DARDANIUS COLEMAN aka DORDANIUS COLEMON on April 24, 2021, was approved for his business entity 0&0 Productions Inc. On April 27, 2021, the loan proceeds totaling $915,425.00 were deposited to Bank of America account #7384 issued to D&D Productions Inc. From April 3, 2021, through June 9, 2021, COLEMAN authorized eight (8) wire transfers totaling $676,120.00 from account #7384 to First Horizon account #3726. Both PPP loans (#2992358601 and #9924948808) were funded by Bank of America however were guaranteed by the SBA.

9. On May 18, 2022, FBI investigators executed a search warrant at DARDANIUS COLEMAN aka DORDANIUS COLEMON's residence at 10971 Latting Woods Cove, Cordova, Tennessee. COLEMAN and his wife, Bavarian Holloway (Coleman), were present.

**$337,078.00 in United States Currency**
**Seizure Number: 3440-22-F-0057; Asset ID: 22-FBI-004665**

10. While conducting the search at COLEMAN's residence investigators found cash totaling $337,078.00 in an upstairs office and a downstairs master bedroom. The bulk of the cash was found in two small boxes hidden in a desk in the office. A small cash amount was found in other locations in the office. Additional cash totaling approximately $4,000.00 was found in a dresser in the downstairs master bedroom.

11. The two small boxes which contained the cash had numerous handwritten notations on the outside which showed dates and amounts. One of the notations showed the date "March 19, 2021" and the amount "$34,200.00". Bank of America records obtained by the FBI for account #XXXXXXXX2086 issued to COLEMAN's business entity D&V Construction Consultants Inc. show that on March 19, 2021, COLEMAN issued a check from the account payable to himself for $34,200.00 which he transacted for cash. The notation on the check showed "Payroll 1 PPP". On March 16, 2021, fraudulently obtained SBA loan proceeds totaling $337,625.00 were deposited to the Bank of America account.

12. FBI investigators reviewed records from the banks which were the recipients of COLEMAN's SBA loan proceeds and determined that between the loan deposit dates for each account (May 8, 2020, to April 24, 2021) and May 18, 2022, COLEMAN had withdrawn approximately $412,700.00 cash from the various accounts. The withdrawals were through bank ATM's, teller withdrawals, or checks made payable to COLEMAN for cash. While the accounts showed sporadic deposits from other sources there would not have been sufficient funds in any of the accounts to fully fund the multiple cash withdrawals without the deposits of the fraudulently obtained SBA loan proceeds. The $337,078.00 in U.S. Currency was seized by the FBI.

13. FBI investigators interviewed COLEMAN at his residence, and he advised he is a general

contractor and owns a convenience store. COLEMAN stated his contracting company is DLC Construction Consultants which he has operated since 2002. COLEMAN was asked how many persons he employs, and he replied he did not know. COLEMAN was asked how many W2 employees work for his companies. COLEMAN did not reply and requested an attorney. The interview was then terminated. Mrs. Bavarian Coleman advised that a small amount of the cash found in the bedroom may be her personal savings. Mrs. Coleman stated she knew nothing about the large amount of cash found in the upstairs office.

**2015 Mercedes CLA 250, VIN: WDDSJ4EB3FN240314**
**Seizure Number: 3440-22-F-0049; Asset ID: 22-FBI-004158**

14. Records obtained by the FBI from Vehix Inc, an automobile wholesaler located in Arkansas, showed that DARDANIUS COLEMAN was authorized to buy and sell vehicles as one of their representatives. The records also show that on June 7, 2021, COLEMAN arranged for Vehix to purchase a 2015 Mercedes for $18,945.00 from Manheim, an automobile auction lot. Manheim was representing Piscayne Auto Sales which is a dealership located in Mississippi that had possession of the Mercedes. On June 9, 2021, COLEMAN authorized a wire transfer for $19,330.00 from First Horizon account #xx3326 (Payroll Depot) to a Bank of America account issued to Vehix Inc. This amount represented the sale price required by Vehix to sell the Mercedes to COLEMAN. The Vehix records show that $18,945.00 was subsequently wired to Manheim as their payment for the Mercedes. There are no loans involved in the transactions. A review of the First Horizon Bank records for account #3326 has shown the $19,330.00 payment authorized by COLEMAN as payment for the Mercedes was derived from the fraudulent stimulus loan funds previously wired to the account.

15. Records obtained by the FBI from the Tennessee Department of Revenue show that the Mercedes was then titled to VICTORIA COLEMAN who is DARDANIUS COLEMAN's

daughter. The Tennessee title report contains a Bill of Sale dated June 16, 2021, showing the seller as Vehix Inc. and the buyer as VICTORIA COLEMAN. The sale price is listed as $10,005.00 and the representative for Vehix is listed as Antonio Brown. The title report also contains a Power of Attorney signed by VICTORIA COLEMAN authorizing DARDANIUS COLEMAN to act on her behalf regarding the Mercedes purchase. The title application indicates that a 2017 Jeep was traded, however, Vehix confirmed there was no trade- in vehicle involved with the transaction. The title report does not show a lienholder.  )The State of Tennessee requires sales tax be collected by the clerk's office for the listed sale price on the Bill of Sale. If the sale price is significantly lower than the vehicle market price an explanation must be provided. Sales tax is not collected on the amount credited for a trade-in.).

16. While investigators were conducting the above-described search of COLEMAN's residence, VICTORIA COLEMAN arrived at the residence with the 2015 Mercedes CLA 250. MS. COLEMAN advised investigators that she had been making payments to the Navy Federal Credit Union for a loan she thought was secured by the Mercedes. MS. COLEMAN then phoned the credit union and was told by a representative that her payments were being applied to a loan secured by a 2017 Jeep Renegade. The representative advised that the credit union knew nothing about a Mercedes. The 2015 Mercedes was then seized by the FBI.

17. MS. COLEMAN advised investigators that she had previously owned a Jeep Renegade; however, it was sold around the time she purchased the Mercedes. Public records show that the 2017 Jeep Renegade was previously titled to VICTORIA COLEMAN on October 2, 2020; however, a second title was issued to VICTORIA COLEMAN on June 10, 2021. On July 7, 2021, a title for the Jeep was issued to Carvana Inc.

**2020 Dodge Ram Pickup VIN: lC6SRFHT7LN324741
Seizure Number: 3440-22-F-0050; Asset ID: 22-FBI-004160**

18. On or about July 9, 2020, COLEMAN purchased a 2020 Dodge Ram Pickup from the Wolfchase Chrysler dealership in Bartlett, TN for $72,996.48 including taxes and fees. After deducting a $2,500.00 rebate and a $13,000.00 American Express credit card down payment COLEMAN financed the $57,246.48 balance with an automobile loan through the Navy Federal Credit Union. The loan payments are $750.21 a month. Records obtained by the FBI from the Tennessee Department of Revenue show that the Dodge is titled and registered to DARDANIUS COLEMAN. Records from the Navy Federal Credit Union show that from July 15, 2020, to December 9, 2021, COLEMAN made several payments in various amounts from Navy Federal Credit Union account xx3444 totaling $12,131.51 which were applied to the Dodge loan. A review of the bank records has shown that a significant portion of the Dodge loan payments were derived from the $24,000.00 deposited to the account on August 11, 2020, which was derived from the $49,945.00 deposited the same date to account xx8958 which was derived from the $149,900.00 fraudulent EIDL loan proceeds deposited the same date to account xx7286.

19. While investigators were conducting the search at COLEMAN's residence, the 2020 Dodge was at the location and was seized by the FBI. It is believed that a significant portion of the loan payments to the Navy Federal Credit Union for the Dodge were derived from the proceeds of a fraudulently obtained EIDL stimulus loan that was deposited to his business account on August 11, 2020.

20. After the search was complete, COLEMAN was given a receipt for the 2015 Mercedes and for the 2020 Dodge. MS. COLEMAN reviewed the receipts and then voluntarily made the statement "I understand why you are taking the Mercedes". MS. COLEMAN then questioned why the Dodge was being seized.

7

21. Based on the foregoing, the defendant property is subject to forfeiture pursuant to 18 U.S.C. §981(a)(1)(C) and §1014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of   November  , 2022.

/s Christopher E. Cotten
Christopher E. Cotten
Assistant United States Attorney

8